CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 JUN 13 AM 11: 06

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:17-CR-036-O-BL |
| | § | |
| NOEL FRANCO-URIAS | § | |

## REPORT AND RECOMMENDATION ON PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

This case has been referred by the United States district judge to the undersigned for the

taking of a guilty plea. The parties have consented to appear before a United States magistrate

judge for these purposes. This Report and Recommendation on Plea is submitted to the court

under 28 U.S.C. § 636(b)(3).

The defendant appeared with counsel before the undersigned United States magistrate

judge who addressed the defendant personally in open court and informed the defendant of, and

determined that the defendant understood, the admonitions contained in Rule 11 of the Federal

Rules of Criminal Procedure.

The defendant pled guilty (under a plea bargain agreement with the government) to

Count One of the one-count Indictment charging defendant with a violation of 8 U.S.C. § 1326

and 6 U.S.C. §§ 202(3), 202 (4) and 557 Illegal Re-Entry After Deportation.

The undersigned magistrate judge finds the following:

1. The defendant, upon advice of counsel, has consented orally and in writing to
enter this guilty plea before a magistrate judge subject to final approval and
sentencing by the presiding district judge;

**Report and Recommendation on Plea**
**before the United States Magistrate Judge**
**page 2**

    2. The defendant fully understands the nature of the charges (including each essential element of the offense(s) charged and penalties;

    3. The defendant fully understands the terms of the plea agreement and plea agreement supplement;

    4. The defendant understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

    5. The defendant's plea is made freely and voluntarily;

    6. The defendant is competent to enter this plea of guilty;

    7. There is a factual basis for this plea; and

    8. The ends of justice are served by acceptance of the defendant's plea of guilty.

    Although I have conducted these proceedings and accepted the defendant's plea of guilty, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding . Thus, if the defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

    Based on the above, I recommend that the defendant's plea of guilty be accepted, that the defendant be adjudged guilty, and that sentence be imposed accordingly.

    Signed on June 13, 2017.

<div style="margin-left:40%;">

_____

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

</div>